

**CONNOLLY BOVE LODGE & HUTZ LLP**

GERARD M. O'ROURKE    ATTORNEYS AT LAW
Partner
TEL (302) 888-6208
FAX (302) 658 5614
EMAIL gorourke@cblh.com
REPLY TO Wilmington Office

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington DE 19899
TEL (302) 658 9141
FAX (302) 658 5614

1990 M Street, NW, Suite 800
Washington DC 20036
TEL (202) 331 7111
FAX (202) 293 6229

WEB www.cblhlaw.com

August 18, 2005

**VIA ELECTRONIC MAIL AND U.S. MAIL**
Lora A. Brzezynski, Esq.
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006-1108

Re:   CEA v. AUO et al.
      Civil Action No. 03-484 (KAJ)
      Our File Ref.: 12514*1

Dear Lora:

We write in a last-ditch effort to avoid Court involvement with the discovery dispute involving the interrogatories CEA has served. We believe our position is correct on the counting of CEA's interrogatories and that we will prevail at the hearing. Nevertheless, in an effort to be cooperative and to avoid burdening Judge Jordan with counting interrogatories, we propose the following compromise. This proposal is without prejudice to our opposing CEA's sought-after relief in its entirety.

Specifically, AUO is willing to answer interrogatories 11 and 12 if CEA drops its motion. Interrogatory 11 has three explicitly numbered subparts (total of 3 interrogatories) and Interrogatory 12 is at least 1 interrogatory. That would give CEA four more interrogatories.

In terms of your table in interrogatory 20 (number 1 in your second set), your recent letter admits that there are numerous TN panels on this table that CEA is not accusing of infringement. Thus, your table is admittedly faulty and we hope you draw that to the Court's attention in your motion.

Finally, CEA's position has consistently been all or nothing with no middle ground. You believe you have only propounded 21 interrogatories even though your propounded interrogatories contain explicitly numbered subparts. You also believe a table that seeks AUO to provide 14 different, distinct pieces of information for 30 different panels counts as only 1 interrogatory.

If you are willing to accept this proposal as a compromise, please let me know. Otherwise, we will respond to your Motion in due course.

Very truly yours,

Gerard M. O'Rourke

GMO:jtf