# McKenna Long & Aldridge LLP
### Attorneys at Law

Atlanta

Denver

Los Angeles

Philadelphia

1900 K Street, NW • Washington, DC 20006
202.496.7500 • Fax: 202.496.7756
www.mckennalong.com

San Diego

San Francisco

Washington, DC

Brussels

LORA A. BRZEZYNSKI
(202) 496-7239

EMAIL ADDRESS
lbrzezynski@mckennalong.com

August 19, 2005

**BY ELECTRONIC MAIL**

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Re:   *Commissariat a L'Energie Atomique v. Samsung Electronics Co., Ltd., et al.*,
       Civil Action No. 03-484 (KAJ)

Dear Jerry:

  This letter is in response to your August 18, 2005 letter regarding the discovery dispute involving CEA's interrogatories to AUO. In that letter, you proposed that AUO answer interrogatories 11 and 12 of CEA's First Set of Interrogatories to AUO in exchange for CEA's withdrawal of its motion to compel. We cannot agree to AUO's proposal. First, CEA's motion to compel also involves AUO's continuing failure to provide necessary technical information (particularly in light of your recent statements that AUO has completed its production), which cannot be resolved by AUO providing answers to interrogatories 11 and 12. Because most of the required technical information is not contained in the documents already produced by AUO, CEA intends to ask the Court to order AUO to produce all requested technical information by a date certain. Moreover, as we advised you during our meet and confer, if the Court denies CEA's motion to compel answers to the interrogatories, CEA intends to request in the alternative that the Court permit CEA additional interrogatories given the size and complexity of this case.

  As we have stated on numerous occasions, the technical information sought by CEA in its interrogatories is particularly important. We therefore need AUO to complete the chart or at a minimum, identify by bates-stamp number those documents that will be produced that provide each portion of the requested information. With regard to the chart, your statement in your letter that we have admitted "that there are numerous TN panels on this table that CEA is not accusing of infringement" is a gross exaggeration. Rather, you specifically asked us to review the chart because you thought it might include some TN mode models. We did so and determined that only three models are TN mode. In response, however, we amended the chart to remove the TN models and sent the amended chart to you. Thus, it is simply not true that the chart is "faulty."

Gerard M. O'Rourke, Esq.
August 19, 2005
Page 2

    Notwithstanding the above, we understand that there may be some overlap between interrogatories 11 and 12, on the one hand, and interrogatory 20 and 21, on the other. Therefore, in the interest of cooperation, CEA proposes the following: CEA will agree to withdraw interrogatories 11 and 12 provided AUO agrees that it will fully answer, in narrative form, interrogatories 13 through 21. We also need to reach agreement today on a date certain by when such information will be provided. If you are willing to accept this proposal, please let us know by close of business today.

                                                   Very truly yours,

                                                 Lora A. Brzezynski

cc:    Richard D. Kirk, Esq.
DC:50358171.1