| | **McKenna Long** | |
| --- | --- | --- |
| Atlanta | **& Aldridge**LLP | San Diego |
| Denver | Attorneys at Law | San Francisco |
| Los Angeles | 1900 K Street, NW • Washington, DC 20006 | Washington, DC |
| | 202.496.7500 • Fax: 202.496.7756 | |
| Philadelphia | www.mckennalong.com | Brussels |

LORA A. BRZEZYNSKI  
(202) 496-7239

EMAIL ADDRESS  
lbrzezynski@mckennalong.com

August 15, 2005

**VIA ELECTRONIC MAIL**

Gerard M. O'Rourke, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

   Re: *Commissariat à l'Energie Atomique v. Samsung Electronics Co., Ltd.,*
      *et al.*, **Civil Action No. 03-484 (KAJ)**

Dear Jerry:

  During our meet and confer on July 21, 2005, we agreed to re-review the modules listed on the technical chart because you stated that you believed certain modules listed on the chart may be TN and not VA mode. We have now reviewed again the documents AUO has produced to date, and it appears that the following three modules are TN type: M170EN04, M170EN05, and M170EN08. We have removed these modules from the chart.

  Based on the technical information provided to date by AUO, it is not possible for us to determine whether the following other modules you noted during our conversation are TN or MVA type: M170EN06, M170ES05, M190EN04, M260XW02, T201VN02, and T210XW01. We have enclosed a revised chart and have italicized these modules for your reference. If AUO has information indicating that these modules are TN type, please forward such information. We believe based on AUO's documents that the remaining modules listed in the chart are VA mode.

  As you agreed in the meet-and-confer teleconference on July 21, 2005, we ask that you now review the enclosed chart, confirm whether the modules listed therein are VA mode, and supplement any other VA module that is not presently included in the chart. Although we understand that you have objected to completing the chart and that this dispute will be one of the issues that we will raise with Judge Jordan, we expect you to meet your part of the agreement and identify whether there are other AUO VA modules that are not listed on the chart.