## AUO's Count of CEA's Interrogatories Including Subparts

Interrogatory 1 – At least 1 interrogatory (total = 1)

Interrogatory 2 – At least 1 interrogatory (total = 2)

Interrogatory 3 – At least 3 interrogatories (total = 5). The semicolons in this interrogatory denote three distinct and separate subparts: (1) identify tests, prior art searches, evaluations or assessments, or investigations into a number of topics; (2) identify the results of the tests and prior art from those investigations; (3) identify individuals with knowledge of such information and who received the results of such tests, prior art searches and other investigations.

Interrogatory 4 – At least 3 interrogatories (total = 8). The semicolons in this interrogatory denote three distinct and separate subparts: (1) identify AUO's unenforceability contentions claim by claim with every supporting fact identified and an identification of all documents relied upon and identification of documents contrary to said contention; (2) identify persons with knowledge; and (3) provide a summary of each individuals' knowledge.

Interrogatory 5 – At least 1 interrogatory (total = 9).

Interrogatory 6 – At least 3 interrogatories (total = 12). The semicolons in this interrogatory separate three distinct and separate subparts: (1) identify information that pertains to the invalidity contentions and identify documents which support the contention under § 112; (2) identify persons with knowledge pertaining to the contentions; and (3) provide a summary of the person's knowledge.

Interrogatory 7 – At least 3 interrogatories (total = 15). The semicolons in this interrogatory separate three distinct and separate subparts: (1) information and prior art relating to the invalidity contentions under §§ 102 and 103 including all prior art that you rely upon with citation to page numbers; (2) set forth the elements of the claims to which the prior art is considered pertinent; and (3) the reasons the prior art is considered pertinent including an assertion of whether it anticipated the claim or obvious based on the prior art.

Interrogatory 8 – At least 4 interrogatories (total = 19). This interrogatory contains four explicitly numbered discrete and separate subparts seeking separate information about the polarizers used in AUO's products: (1) identify orientation of the transmission axes for the polarizers; (2) identify transmission characteristics of the polarizers; (3) identify the quality of the polarizers (e.g. the extinction ratio of the polarizers); and (4) identify the accuracy and precision of the alignment of the polarizer transmissive axes.

Interrogatory 9 – At least 4 interrogatories (total = 23). This interrogatory contains four explicitly numbered discrete and separate subparts seeking separate information about the films in each product including: (1) in-plane retardation for each film; (2) out of plane

1

retardation for each film; (3) identify values and orientation of the refractive indices of the films: and (4) identify the location and orientation of each film in the LCD display product.

Interrogatory 10 – At least 2 interrogatories (total = 25). This interrogatory contains two explicitly numbered discrete and separate subparts seeking separate information about the liquid crystals used in AUO's products including: (1) identifying the refractive indices of the liquid crystal layer; and (2) identifying the birefringence of the liquid crystal.

Interrogatory 11 – At least 3 interrogatories (total = 28). This interrogatory contains three explicitly numbered discrete and separate subparts seeking separate information about the cell gap in AUO's products including: (1) the precision and accuracy of the cell gap; (2) deviations in the cell gap due to color filters and electrodes; and (3) deviations in the cell gap due to multimode-inducing protrusions.

Interrogatory 12 – At least 1 interrogatory (Total = 29).

Interrogatory 13 – At least 1 interrogatory (Total = 30).

Interrogatory 14 – At least 3 interrogatories (Total = 33). This interrogatory contains an initial question and two separate questions in the form of explicitly numbered subparts: (1) communications with suppliers or customers about a change in the optical or physical properties in each LCD; (2) state the timing of all communications; and (3) identify all documents relating to said communications.

Interrogatory 15 – At least 1 interrogatory (Total = 34).

Interrogatory 16 – At least 1 interrogatory (Total = 35).

Interrogatory 17 – At least 4 interrogatories (Total = 38). This interrogatory seeks discrete and separate information about AUO's purchases of LCD display products including (1) an identification of all persons from whom AUO has purchased LCD display products; (2) display product class and quantities of display products; (3) the date AUO received those products; and (4) how and where you received each shipment of display products.

Interrogatory 18 – At least 1 interrogatory (Total = 39).

Interrogatory 19 – At least 8 interrogatories (Total = 47). This interrogatory seeks a multitude of separate and discrete information about AUO's sales of LCD products: (1) sales of AUO's products; (2) revenue from AUO's products; (3) profits from AUO's products; (4) Shipments and quantities to the U.S.; (5) estimates of sales going forward; (6) estimates of revenue going forward; (7) estimates of profit going forward; and (8) estimates of shipments to the United States.

<u>Interrogatory 20</u> – (Second Set Interrogatory 1) This table seeks 14 separate and distinct pieces of information for 30 panels listed. This interrogatory counts as at least 14 interrogatories and potentially many more. (Total = at least 61). AUO would be justified in these circumstances for treating this interrogatory as hundreds of separate interrogatories.

<u>Interrogatory 21</u> - (Second Set Interrogatory 2) This interrogatory counts as at least 1 more interrogatory and possibly many more. (Total = at least 62). See interrogatory 20 for AUO's reasoning.

Grand total = At least 62 and possibly many more.