**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| COMMISSARIAT À L'ENERGIE ATOMIQUE,<br><br>                    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>                    Defendant. | <u>CONSOLIDATED CASES</u><br><br>Civil Action No. 03-484-MPT |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF AND DEFENDANTS SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG
<u>ELECTRONICS CANADA, INC., and SAMSUNG INTERNATIONAL, INC.</u>**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Commissariat à l'Energie Atomique ("CEA") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Electronics Canada, Inc., and Samsung International, Inc. (collectively "Samsung"), by and through their undersigned attorneys and subject to the approval of this Court, hereby stipulate to the dismissal, with prejudice, of the claims and counterclaims in the above-captioned matter as between CEA and Samsung, each of which is to bear its own attorneys' fees and costs.

| BAYARD, P.A. | POTTER ANDERSON & CORROON, LLP |
|---|---|
| <u>/s/ Richard D. Kirk (rk0922)</u><br>Richard D. Kirk<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899-5130<br>(302) 888-6960<br>rkirk@bayardlaw.com<br><br>Attorneys for Plaintiff<br>Commissariat à l'Energie Atomique | <u>/s/ David E. Moore (dm3983)</u><br>Richard L. Horwitz<br>David E. Moore<br>1313 N. Market St.<br>Hercules Plaza, 6th Floor<br>Wilmington, DE 19899<br>(302) 984-6000<br>dmoore@potteranderson.com<br><br>Attorneys for Defendants<br>Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Electronics Canada, Inc., and Samsung International, Inc. |

APPROVED AND SO ORDERED, this ____ day of April, 2008.

_____
United States Magistrate Judge Mary Pat Thynge

{00825076;v1}